UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAMES FISHER,                                :
                                             :
           PLAINTIFF,                        :
                                             :
V.                                           :      NO. 3:09-CV-02031 (VLB)
                                             :
MEDCONN COLLECTION                           :
AGENCY, LLC,                                 :
                                             :
           DEFENDANT.                        :      APRIL 22, 2010

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on his complaint and without costs and/or attorney's fees to any party.

THE PLAINTIFF
JAMES FISHER

By: _____
Daniel S. Blinn (ct 02188)
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT 06067
Tel: 860-571-0408
Fax: 860-571-7457
E-Mail: dblinn@consumerlawgroup.com

   His Attorneys

THE DEFENDANT
MEDCONN COLLECTION
AGENCY, LLC

By: _____
Jonathan D. Elliot (ct05762)
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT 06604
Tel:   203-333-9441
Fax:   203-333-1489
E-Mail: jelliot@znclaw.com

   Its Attorneys